No. 98–5515. JOHNSON v. ARVONIO, ADMINISTRATOR, EAST JERSEY STATE PRISON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 98–5517. SHULMAN v. UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied. 

No. 98–5519. OUTLAW v. APFEL, COMMISSIONER OF SOCIAL SECURITY. C. A. D. C. Cir. Certiorari denied.

No. 98–5524. WASHINGTON, AKA ROBINSON v. UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 98–5525. MARES v. PAGE, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 98–5526. LAWSON v. UNITED STATES; and
No. 98–5907. ALVAREZ, AKA HILL v. UNITED STATES. C. A. 4th Cir. Certiorari denied. Reported below: 149 F. 3d 1171.

No. 98–5527. RANSON v. FLORIDA ET AL. Dist. Ct. App. Fla., 2d Dist. Certiorari denied. 

No. 98–5528. OTIS v. SCHOTTEN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 98–5529. PRINCE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–5531. MCBROWN v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 98–5534. KOEHLER v. UNITED STATES;
No. 98–5559. SLATER v. UNITED STATES; and
No. 98–5560. O'NEILL v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 98–5535. DAVIS v. UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 98–5537. HOPPER v. UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 98–5538. ROBLES v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.